United States Bankruptcy Court
District of Hawaii

In re:                                                                                      Case No. 24-00710-rjf
Leonard Yoshio Letoto                                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0975-1      User: ADE      Page 1 of 1
Date Rcvd: Aug 28, 2024      Form ID: H1008A      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Leonard Yoshio Letoto, 87-221 Maipalaoa Rd, Waianae, HI 96792-3217 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024      Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dane S. Field | dfield1963@spectrum.net dsfield@ecf.axosfs.com;bkadmin@axosbank.com |
| Office of the U.S. Trustee. | ustpregion15.hi.ecf@usdoj.gov |
| Ofir Raviv | on behalf of Debtor Leonard Yoshio Letoto ofir@squareonelegal.com office@squareonelegal.com;SquareOneLegalLLLC@jubileebk.net |

TOTAL: 3

Local Form H1008A (08/22)

| Information to identify the case: | |
|---|---|
| Debtor 1  **Leonard Yoshio Letoto**<br>Name | United States Bankruptcy Court<br>District of Hawaii |
| Debtor 2<br>(Spouse, if filing)  Name | Case number: **24–00710**<br>Chapter: **7** |

# ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AND ATTORNEY SANCTIONED

To: Debtor(s) and Debtor's Attorney:

Ofir Raviv
Square One Legal LLLC
American Savings Bank Tower
1001 Bishop St., Ste. 2850
Honolulu, HI 96813

This case commenced with a petition filed electronically in the court's CM/ECF system. Local Bankruptcy Rule 5005–4(f)(2) provides that when a petition and accompanying schedules and statements are filed electronically, the declarations or certifications required of a debtor in these documents must be made by submitting a paper copy of a declaration substantially conforming to the local form Declaration re: Electronic Filing with the original signature of each individual or joint debtor, or the signature of an authorized individual on behalf of a debtor that is an artificial entity. As an alternative, a registered ECF User may file online a scanned image of the declaration with the debtor's signature. This declaration must be filed within 7 days after the date of electronic filing of the subject document. The rule further provides that failure to comply with this requirement may result in dismissal of the case without further notice or hearing.

Whereas no Declaration re: Electronic Filing has been timely filed in this case, the debtor(s) and the above–named attorney are ordered to show cause why this case should not be dismissed. The debtor's attorney also is ordered to show cause why sanctions in the amount of $100 to be refunded to the debtor(s) should not be imposed for failure to comply with LBR 5005–4(f)(2).

This order will be deemed discharged if the required declaration is received by the clerk within 7 days from the date of entry of this order. If not discharged, the attorney for the debtor(s) will be required to appear personally before the court with no compensation or expenses chargeable to his or her client(s).

**SO ORDERED.**

Date:   August 28, 2024

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

**Robert J. Faris**
United States Bankruptcy Judge