H2002D (12/15)

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Leonard Yoshio Letoto**<br>Name | **United States Bankruptcy Court**<br>**District of Hawaii** |
| Debtor 2<br>(Spouse, if filing) | Name | Case number: **24–00710**<br>Chapter: **7** |

# CLERK'S NOTICE

NOTICE IS GIVEN THAT:

The following has been entered on the docket in this bankruptcy case:

[The entire order in this matter is set forth in this docket entry. No document is attached.]Order Approving Stipulation to Extend Deadline to File Complaint / Motion to Dismiss (related document: 13). The court hereby approves the stipulation and the deadline is extended to January 10, 2025, for filing a complaint under sec. 727 and a motion to dismiss for abuse under sec. 707. This extension applies to the Trustee and United States Trustee. SO ORDERED. /s/ Robert J. Faris, United States Bankruptcy Judge.

The record in this case is available at the Clerk's Office at the address below or online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date Entered:  October 31, 2024

Michael B. Dowling
Clerk

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov